UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SAMUEL ALICEA PEREA, et al.,
    v.
CERVECERIA INDIA, INC., et al.

CASE NUMBER: 98-1954 (DRD)

### ORDER

    Pending before the Court is Defendant's, Cervecería India, Motion for Summary Judgment (Docket No. 34) and Reply (Docket No. 35), and Plaintiff's opposition thereto (Docket Nos. 30 & 31). First, Plaintiffs' Motion Requesting an Extension of Time to Answer Defendant Cerveceria India's Motion for Summary Judgment (Docket No. 28), requesting an extension until October 14, 1999 is **GRANTED/MOOT**. Next, Defendant's, Cervecería India, Motion Requesting Leave to File Motion for Summary Judgment and Reply to Motion for Summary Judgment (Docket No. 28), is **GRANTED**.

    The Court hereby refers this case to U.S. Magistrate Judge Justo Arenas for a Report and Recommendation on the disposition of the pending Motion for Summary Judgment (Docket No. 34) and any other motions relating to the pending motion. Local Rule 503.1(D); Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1)(B).

IT IS SO ORDERED.

Date: May 4, 2000

P:\PEACHORD ERS\98-1954 REF

DANIEL R. DOMINGUEZ
U.S. District Judge

RECEIVED AND FILED
00 MAY -4 PM 5:13
CLERK'S OFFICE
U.S. DIST. COURT
SAN JUAN, P.R.

Rec'd:    EOD:

By:      # 37