IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SAMUEL ALICEA PEREA, HIS WIFE
MARISOL ALBINO AND THEIR
CONJUGAL PARTNERSHIP,

Plaintiffs

v.                                                                      CIVIL 98-1954 (DRD)

CERVECERIA INDIA, INC., et al.,

Defendants

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion to Withdraw as Counsel of Record, 05-05-00. | 38 | The motion is denied until such time as a new attorney appears to represent plaintiff. |

In San Juan, Puerto Rico, this 16th day of May, 2000.

JUSTO ARENAS
United States Magistrate Judge