UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SAMUEL ALICEA PEREA, et. al.
v.
CERVECERIA INDIA, INC., et. al.

CIVIL NO.: 98-1954 (DRD)

## JUDGMENT

In accordance with the Order of this same date, Plaintiffs' Preliminary Motion in Opposition to Magistrate's Report and Recommendation and Requesting Further Remedies is **DENIED** and the Magistrate Report and Recommendation is **ADOPTED** *in toto*. Accordingly, Plaintiffs claims are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ADJUDGED AND DECREED.**

Date: September 29, 2000

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE